# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

December 19, 2013

Before

FRANK H. EASTERBROOK, *Circuit Judge*

| No.: 13-3813 | IN RE: <br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Petitioner |
|---|---|
| **Petition for Writ of Mandamus** ||
| District Court No: 3:12-cv-00660-DRH-SCW <br> District Judge David R. Herndon ||

Upon consideration of the **PETITION FOR WRIT OF MANDAMUS**, filed on December 17, 2013, by counsel for the petitioner,

**IT IS ORDERED** that the real parties in interest file a response to the petition by January 2, 2014.

form name: **c7_Order_3J**(form ID: **177**)